# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:00CR9

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| DAVID FRANKLIN RUTHERFORD ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant was sentenced by the undersigned on December 12, 2000, to a prison term of 240 months for conspiracy to possess with intent to distribute cocaine base. **Judgment in a Criminal Case, filed December 21, 2000.** On May 20, 2009, the Probation Office filed a Supplement to the Defendant's presentence report pursuant to the Crack Cocaine Guideline Amendment. **Supplement to the Presentence Report, filed May 20, 2009.** The Probation Office advises that pursuant to Guidelines § 5G1.1, the sentence imposed may not be below the statutorily required minimum sentence. *Id.* at 1. If Amendment 706 had been in place at the time of Defendant's sentence, the guideline range would have

been the mandatory minimum sentence of 240 months; therefore, the new amendment has no effect on the Defendant's sentence. *Id*. Because this recommendation is adverse to the Defendant, the Court will require counsel be appointed to represent the Defendant and appointed counsel shall file an appropriate response.

**IT IS, THEREFORE, ORDERED** that the Federal Defender appoint counsel for the Defendant forthwith.

**IT IS FURTHER ORDERED** that appointed counsel file response to the Supplement to the Presentence Report within 45 days from entry of this Order.

The Clerk is directed to provide appointed counsel with a copy of this Order.

Signed: May 20, 2009

Lacy H. Thornburg
United States District Judge